UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN ALVARADO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LOS ANGELES UNIFIED SCHOOL DISTRICT, et al.,<br><br>　　　　　Defendants. | Case No. 2:22-cv-01591-SSS-AFM<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE [DKT. 20]** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed, and Objections have not been received. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

　　　IT THEREFORE IS ORDERED that

　　　(1) LAUSD's motion to dismiss [Dkt. 13] is granted as set forth in the Report and Recommendation;

　　　(2) all claims against LAUSD and all official capacity claims against Does 1 through 5 are dismissed without leave to amend – with prejudice as to the federal claims and without prejudice as to the state law claims;

(3) the individual capacity claims against Does 1 through 5 are dismissed with leave to amend; and

(4) Plaintiff, if he chooses to proceed with this action, is ordered to file a First Amended Complaint no later than thirty (30) days from the date of the District Court's order.

DATED: April 3, 2023

_____
HON. SUNSHINE SYKES
UNITED STATES DISTRICT JUDGE