UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   2:22-cv-01591-SSS (AFM)                                    Date: May 12, 2023`

Title   Christian Alvarado v. Los Angeles Unified School District et al

---

Present: The Honorable:   ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  Order to Show Cause**

On April 3, 2023, the District Judge granted defendants' Motion to Dismiss Complaint and ordered plaintiff to file a First Amended Complaint consistent with the Report and Recommendation. (See Order Accepting Findings and Recommendations of United States Magistrate Judge, ECF No. 21 ("Order").)  Pursuant to that Order, the First Amended Complaint was due 30 days from date the Order was filed, i.e., no later than May 3, 2023.  The docket shows that plaintiff has not filed a First Amended Complaint or requested an extension of time to do so.

Accordingly, IT IS ORDERED that on or before June 1, 2023, plaintiff shall show cause in writing why this action should not be dismissed for failure to prosecute. The filing of a First Amended Complaint by that date shall discharge the Order to Show Cause.

Further, plaintiff is admonished that if he fails to timely file a First Amended Complaint remedying the pleading deficiencies identified in the Report and Recommendatin, the Court will recommend that this action be dismissed without leave to amend and with prejudice.

IT IS SO ORDERED.

:
**Initials of Preparer**    ib