JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

CHRISTIAN ALVARADO,

        Plaintiff,

v.

LOS ANGELES UNIFIED SCHOOL DISTRICT, et al.

        Defendants.

Case No. 2:22-cv-01591-SSS-AGR

**JUDGMENT**

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

**IT IS ADJUDGED** that Judgment is entered dismissing this action for failure to timely file a First Amended Complaint, for failure to diligently prosecute this action, and for failure to comply with Court orders.

DATED: September 27, 2023

                                      SUNSHINE S. SYKES
                                      United States District Judge